AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.   2:19-mj-00064
One Apple IPhone, light in color, )
bearing IMEI Number 354388065725914 )
)

FILED
JUN 21 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of     West Virginia
*(identify the person or describe the property to be searched and give its location)*:

One Apple IPhone, light in color, bearing IMEI Number 354388065725914, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    July 5, 2019    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: June 21, 2019 1:148 PM    _____
*Judge's signature*

City and state:    Charleston, West Virginia    Hon. Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:19-mj-00064 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### ITEM TO BE SEARCHED

1. The property to be searched is one (1) Apple IPhone, light in color, bearing IMEI Number 354388065725914 (the "Phone"). The Phone is currently located at the West Virginia State Police – Oak Hill Detachment, 3057 Main Street, Oak Hill, West Virginia, 25901.

## ATTACHMENT B

## ITEMS TO BE SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Section 2252A(a)(2):

1. Phone or storage media used as a means to commit the violations described above.
2. For any Phone or storage medium whose seizure is otherwise authorized by this warrant, and any Phone or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "Phone"):
   a. evidence of who used, owned, or controlled the Phone at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;
   b. evidence of software that would allow others to control the Phone, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;
   c. evidence of the lack of such malicious software;
   d. evidence indicating how and when the Phone was accessed or used to determine the chronological context of Phone access, use, and events relating to the crimes under investigation and to the Phone user;

  e. evidence of the connection, either physical or via Wifi or Bluetooth, to the Phone of other storage devices or similar containers for electronic evidence;

  f. evidence of programs (and associated data) that are designed to eliminate data from the Phone;

  g. evidence of the times the Phone was used;

  h. passwords, encryption keys, and other access devices that may be necessary to access the Phone;

  i. records of or information about Internet Protocol addresses used by the Phone;

  j. records of or information about the Phone's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses revealing an interest in stalking content and/or the identity of the Phone user; and

  k. Records and information revealing the use and identification of remote computing services, such as email accounts or cloud storage.

3. As used above, the terms "records" and information" include all of the foregoing items of evidence in whatever form and by whatever means they have been created and stored.

4. This warrant authorizes the forensic examination and review of the Phone and its contents for the purpose of identifying the electronically stored information described above.